FILED
08 FEB 27 PM 3:09
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **08 MJ 0584**

The person charged as __HERNANDEZ, Antonio Perez__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Central__ District of __California__ on __11/06/91__ with: __Title 18 USC 751__ in violation of:

**Escape**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __02/27/08__

_Dwayne Epps_
CI - Deputy United States Marshal

Reviewed and Approved

DATE:

Assistant United States Attorney

AO 442 (Rev. 12/85) Warrant for Arrest

ORIGINAL

5527

# United States District Court

CENTRAL DISTRICT OF CALIFORNIA

LODGED

UNITED STATES OF AMERICA
v.
ANTONIO PEREZ HERNANDEZ

62883-098

**WARRANT FOR ARREST**

ON COMPLAINT

CASE NUMBER: SA 91-374 M

To: The United States Marshal or any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ANTONIO PEREZ HERNANDEZ___
                                          Name

and bring him or her forthwith to the nearest Judge/Magistrate to answer a complaint

charging him or her with (brief description of offense)

escape from the custody of the Attorney General following his conviction in the United States District Court for the Sourthern District of California,

in violation of Title __18__ United States Code, Section(s) __751; to wit, Escape__

with Bail fixed at $ _____
AUSA REC: Detention

Date: 11/6/91

RONALD W. ROSE
U. S. MAGISTRATE JUDGE
Name of Judge/Magistrate   Judge

Signature of Judge/Magistrate   Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____CENTRAL_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA
V.

ANTONIO PEREZ HERNANDEZ

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: SA91-374 M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 17, 1983__ in __San Bernardino__ county, in the __Central__ District of __California__ defendant(s) did, (Track Statutory Language of Offense)

escape from the custody of the Attorney General following his conviction in the United States District Court for the Southern District of California,

In violation of Title __18__ United States Code, Section(s) __751; to wit, Escape__

I further state that I am a(n) __Deputy U.S. Marshal__ and that this complaint is based on the following
Official Title

facts: On October 09, 1991, I reviewed a report from Bill Story, Bureau of Prisons employee, who said that ANTONIO PEREZ HERNANDEZ was declared an escaped federal prisoner on March 17, 1983 after a search of the Federal Prison Camp at Boron, California revealed that ANTONIO PEREZ HERNANDEZ missing at the time of the 09:30 pm count. ANTONIO PEREZ HERNANDEZ present whereabouts are unknown. HERNANDEZ was sentenced to seventy-five (75) days imprisonment on March 04, 1983 by U.S. Magistrate Judge Roger Curtis McKee in the Southern District of California, for violation of Title 8 United States Code, Section 1325; to wit, Illegal Entry, a misdemeanor.

ANTONIO PEREZ HERNANDEZ is described as a white latin male, 5'3" in height, weighing 135 pounds, with black hair and brown eyes, having a date of birth of March 03, 1955.

Continued on the attached sheet and made a part hereof:  ☐ Yes  ☒ No

Signature of Complainant
MARGARET E. BROWN
DEPUTY UNITED STATES MARSHAL

Sworn to before me and subscribed in my presence,

NOV 06 1991
Date

at SANTA ANA, CALIFORNIA
City and State

RONALD W. ROSE, U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

RONALD W. ROSE
Signature of Judicial Officer

(WARRANT)