## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. __ANTONIO PEREZ HERNANDEZ__   No. __08MJ0584__

HON. __NITA L. STORMES__   Tape No. __NLS08-1;11:54-11:55__

Asst. U.S. Attorney __SABRINA FEVE__   PTSO _____

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | MAHIR SHERIF | X Apt | ___ Ret | for _____ | ( 1) | (C ) |
|  | _____ | ___ Apt | ___ Ret | for _____ | ( ) | ( ) |
|  | _____ | ___ Apt | ___ Ret | for _____ | ( ) | ( ) |
|  | _____ | ___ Apt | ___ Ret | for _____ | ( ) | ( ) |
|  | _____ | ___ Apt | ___ Ret | for _____ | ( ) | ( ) |
|  | _____ | ___ Apt | ___ Ret | for _____ | ( ) | ( ) |
|  | _____ | ___ Apt for Material Witness(es) |  |  |  |  |

PROCEEDINGS:   ___ In Chambers   X In Court   ___ By Telephone

REMOVAL/ID HEARING AND DETENTION HEARING NOT HELD. GOVERNMENTS ORAL MOTION TO DISMISS COMPLAINT - GRANTED.

ABSTRACT ISSUED TO US MARSHAL FOR DEFENDANTS RELEASE.

Date   3/13/08   IF _07_

Deputy's Initials