## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08 MJ 584-NLS |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Antonio Perez Hernandez | ) | Booking No. 62883098 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **March 13, 2008** the Court entered the following order:

✓ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
    ____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

✓ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. ____

Received _____
    DUSM

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR., Clerk
by _____
    Deputy Clerk

Crim-9 (Rev 6-95)    ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY